PER CURIAM.
Affirmed. See State v. King, 426 So.2d 12 (Fla.1982); Grider v. State, 115 So.3d 365 (Fla. 2d DCA 2013) (table decision); Grider v. State, 108 So.3d 1090 (Fla. 2d DCA 2013) (table decision); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Harris v. State, 777 So.2d 994 (Fla. 2d DCA 2000); Collins v. State, 97 So.3d 305 (Fla. 4th DCA 2012); Foss v. State, 24 So.3d 1275 (Fla. 5th DCA 2009); Logan v. State, 1 So.3d 1253 (Fla. 4th DCA 2009); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001).
KELLY, VILLANTI, and LaROSE, JJ., Concur.